# FINANCIAL DISCLOSURE REPORT

AO-10
Rev. 1/93

Report Required by the Ethics
Reform Act of 1989, Pub. L. No.
101-194, November 30, 1989
(5 U.S.C.A. App. 6, §§101-112)

| 1. Person Reporting (Last name, first, middle initial) | Court or Organization | 3. Date of Report |
|---|---|---|
| Hamilton, David F. | Southern District of Indiana | 6/10/94 |

| 4. Title (Article III judges indicate active or senior status; Magistrate judges indicate full- or part-time) | 5. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Nominee for district judge (active). | x Nomination, Date 6/8/94 ____ Initial ____ Annual ____ Final | 1/1/93 - 5/31/94 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report, it is, in my opinion, in compliance with applicable laws and regulations ____ |
|---|---|
| 11 South Meridian Street Indianapolis, Indiana 46204 | Reviewing Officer Signature _____ |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 7-8 of Instructions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| ☐ NONE (No reportable positions) | |
| Partner | Barnes & Thornburg |
| Partner | BT Building Company |

(Continued in Part VIII, on page 4)

## II. AGREEMENTS. (Reporting individual only; see p. 8-9 of Instructions.)

| DATE | PARTIES AND TERMS |
|---|---|
| ☐ NONE (No reportable agreements) | |
| See attachment 1. | |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 9-12 of Instructions.)

| DATE (Honoraria only) | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| ☐ NONE (No reportable non-investment income) | | |
| 1 1/1/94-5/31/94 | Barnes & Thornburg - law partnership | $ 55,900 |
| 2 1/1/93-12/31/93 | Barnes & Thornburg - law partnership | $ 164,676 |
| 3 1/1/93-12/31/92 | Barnes & Thornburg - law partnership | $ 148,745 |
| 4 | | $ |
| 5 | | $ |

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting | Date of Report |
|---|---|---|
| | Hamilton, David F. | 6/10/94 |

## IV. REIMBURSEMENTS and GIFTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate reportable reimbursements and gifts received by spouse and dependent children, respectively. See pp.13-15 of Instructions.)

| SOURCE | DESCRIPTION |
|---|---|
| ☐ NONE (No such reportable reimbursements or gifts) | |
| 1 EXEMPT | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |

## V. OTHER GIFTS.

(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate other gifts received by spouse and dependent children, respectively. See pp.15-16 of Instructions.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| ☐ NONE (No such reportable gifts) | | |
| 1 EXEMPT | | $ |
| 2 | | $ |
| 3 | | $ |
| 4 | | $ |

## VI. LIABILITIES.

(Includes those of spouse and dependent children; indicate where applicable, person responsible for liability by using the parenthetical "(S)" for separate liability of spouse, "(J)" for joint liability of reporting individual and spouse, and "(DC)" for liability of a dependent child. See pp.16-18 of Instructions.)

| CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|
| ☐ NONE (No reportable liabilities) | | |
| 1 Student Loan Marketing Association | Student Loans | J |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

* VALUE CODES: J = $15,000 or less    K = $15,001 to $50,000    L = $50,001 to $100,000    M = $100,001 to $250,000
N = $250,001 to $500,000    O = $500,001 to $1,000,000    P = More than $1,000,000

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting | Date of Report |
|---|---|---|
| | Hamilton, David F. | 6/10/94 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions. (Includes those of spouse and dependent children; see pp. 18-27 of Instructions.)

| A. Description of Assets (Including trust assets) Indicate, where applicable, owner of the asset by the first one letter of (A) owner (B) spouse (J) jointly owned (C) dependent child. Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. (1-4) | (2) Type (div., rent, or int.) | (1) Value (J-P) | (2) Value Method (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | | |
| | | | | | | (2) Date Mo., Day | (3) Value (J-P) | (4) Gain (A-H) | (5) Identity of buyer/seller (if private transaction) | |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | | |
| 1 NBD Bank, Indianapolis | B | int. | K | T | E X E M P T | | | | | |
| 2 Barnes & Thornburg Partnership Capital Account | A | int. | K | T | E X E M P T | | | | | |
| 3 Barnes & Thornburg Retirement Plans | B | div/int. | K | T | E X E M P T | | | | | |
| 4 Z-Seven Fund (mutual fund) | A | div. | J | T | E X E M P T | | | | | |
| 5 Eli Lilly & Co. (common stock) | A | div. | J | T | E X E M P T | | | | | |
| 6 IBM (common stock) | A | div. | J | T | E X E M P T | | | | | |
| 7 Northwestern Mutual Life insurance policies on | A | div/int. | K | T | E X E M P T | | | | | |
| 8 D.F. Hamilton & S. Hamilton | | | | | | | | | | |
| 9 Smith Barney Shearson New Brunswick, NJ | A | int. | J | T | E X E M P T | | | | | |
| 10 custodial accounts for daughters | | | | | | | | | | |
| 11 | | | | | | | | | | |
| 12 | | | | | | | | | | |
| 13 | | | | | | | | | | |
| 14 | | | | | | | | | | |
| 15 | | | | | | | | | | |
| 16 | | | | | | | | | | |
| 17 | | | | | | | | | | |
| 18 | | | | | | | | | | |
| 19 | | | | | | | | | | |
| 20 | | | | | | | | | | |

1 Income/Gain Codes: A=$1,000 or less B=$1,001 to $2,500 C=$2,501 to $5,000 D=$5,001 to $15,000
(See Col. B1 & D4) E=$15,001 to $50,000 F=$50,001 to $100,000 G=$100,001 to $1,000,000 H=more than $1,000,000
2 Value Codes: J=$15,000 or less K=$15,001 to $50,000 L=$50,001 to $100,000 M=$100,001 to $250,000
(See Col. C1 & D3) N=$250,001 to $500,000 O=$500,001 to $1,000,000 P=more than $1,000,000
3 Value Method Codes: Q=Appraisal R=Cost (Real estate only) S=Assessment T=Cash/Market
(See Col. C2) U=Book Value V=Other W=Estimated

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting | Date of Report |
|---|---|---|
| | Hamilton, David F. | 6/10/94 |

## VIII.   ADDITIONAL INFORMATION or EXPLANATIONS.   (Indicate part of Report.)

Continued response to Part I

| Director | William E. Schmidt Foundation, Inc. |
|---|---|
| Chair | Indiana State Ethics Commission |
| Chair | Marion County Traffic Safety Partnership Advisory Board |

## IX.   CERTIFICATION.

In compliance with the provisions of 28 U.S.C. § 455 and of Advisory Opinion No. 57 of the Advisory Committee on Judicial Activities, and to the best of my knowledge at the time after reasonable inquiry, I did not perform any adjudicatory function in any litigation during the period covered by this report in which I, my spouse, or my minor or dependent children had a financial interest, as defined in Canon 3C(3)(c), in the outcome of such litigation.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C.A. app. 7, § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _David F Hamilton_                    Date _6/10/94_

NOTE:   ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C.A. APP. 6, § 104, AND 18 U.S.C. § 1001.)

FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:          Judicial Ethics Committee
Administrative Office of the
United States Courts
Washington, DC  20544

Digitized by Google

ATTACHMENT 1    FORM AO-10    Hamilton, David F.
                    6/10/94

## PART II. AGREEMENTS

1/1/89  Barnes & Thornburg Money Purchase Pension Plan and Trust, between Barnes & Thornburg and trustee 1st Source Bank: Defined contribution retirement plan based on percentage of income earned, with self-directed investments. Benefits are fully vested. Upon termination of my partnership in Barnes & Thornburg, there would be one final contribution, but I may elect to maintain my account with the plan until age 65.

1/1/89  Barnes & Thornburg Profit Sharing Plan and Trust, between Barnes & Thornburg and trustee Society Bank: Defined contribution retirement plan based on percentage of income earned, with self-directed investments. Benefits are fully vested. Upon termination of my partnership in Barnes & Thornburg, there would be one final contribution, but I may elect to maintain my account with the plan until age 65.

DFH 19605

**DAVID FRANK HAMILTON AND BRIGID HAMILTON**

**FINANCIAL STATEMENT**

May 31, 1994

**ASSETS**

| | |
|---|---:|
| Cash on hand and in banks | $18,900 |
| U.S. Gov't securities<br>- Custodial accounts for daughters with<br>   wife as custodian | $9,528 |
| Listed securities<br>   Eli Lilly & Co. (50 shares)<br>   Z-Seven Fund (200 shares)<br>   IBM (32 shares)<br>   - Custodial account for daughter | $2,750<br>$3,400<br><br>$1,984 |
| Unlisted securities | None |
| Accounts and notes receivable | None |
| Real estate owned<br>   9405 East State Road 32<br>   Zionsville, Indiana                                    (est.) | $300,000 |
| Real estate mortgages receivable | None |
| Autos and other personal property                    (est.) | $35,000 |
| Retirement plans with Barnes & Thornburg | $42,250 |
| Net capital account with Barnes & Thornburg    (est.) | $47,000 |
| Cash value of life insurance | $19,452 |
| **Total assets** | **$480,264** |

Digitized by Google